

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2018

No. 04-18-00218-CV

**EX PARTE** Jake Alexander **GARCIA**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI21969
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

    Appellant's brief was due June 6, 2018. On June 21, 2018, the clerk sent appellant's attorney a letter notifying appellant's attorney, Suzanne Kramer, that appellant's brief was late. When appellant failed to respond, on July 12, 2018, we issued an order directing appellant to file his appellant's brief on or before July 23, 2018 and a written response reasonably explaining his failure to file the brief and why appellee is not significantly injured by his failure to timely file a brief. On August 6, 2018, appellant filed a motion for extension of time requesting an additional sixty days. In the motion, appellant's attorney, Ms. Kramer, states that she thought she had changed her email on the electronic notification system, but evidently had not correctly completed the process. She claims to not have received this Court's notices. We GRANT appellant an extension and ORDER appellant's brief due September 10, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court